UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

    Plaintiff,

v.

GILBERTO LOPEZ-BEJAR

    Defendant.

Case No. 3:14-CR-111



FILED
2014 OCT -2 P 1:32
U.S. DISTRICT COURT
EASTERN DIST. TENN.
_____ DEPT. CLERK

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for **GILBERTO LOPEZ-BEJAR**,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

New York, Texas

[✔] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 9-30-14

_____
(Signature–hand signed)

Name: Jeff Greco
Firm: Greco Neyland, PC
Address:

    26 Broadway, 21st Floor, New York, NY 10004

Email address: jeff@greconeyland.com

Once your motion is granted, you must register for a CM/ECF account at
http://www.tned.uscourts.gov/RegistrationForm.php.

* * * INCLUDE CERTIFICATE(S) OF SERVICE * * *

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>    **JEFFERY LOUIS GRECO**    </u>, Bar # <u>   **JG0306**   </u>

was duly admitted to practice in this Court on

<u>  **MARCH 19th, 2013**  </u>, and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>    on    <u>  **SEPTEMBER 30th, 2014**  </u>

<u>Ruby J. Krajick</u>    by    _[signature]_
Clerk                      Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | CRIMINAL ACTION NO. |
| V. | § § | 3:14-CR-111 |
| GILBERTO LOPEZ BEJAR | § | |

### CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2014, a copy of the foregoing MOTION FOR ADMISSION PRO HAC VICE was filed via overnight (FED EX) delivery. Notice of this motion will be sent via facsimile and via U.S. mail.

Respectfully submitted,

JEFF GRECO
26 Broadway, 21st Floor
New York, NY 10004
212.810.1774 tel.
646.607.1211 fax
E-Mail: jeff@greconeyland.com

# GRECO ♦ NEYLAND, PC
## ATTORNEYS AT LAW

October 1, 2014

United States District Clerk
Eastern District of Tennessee
Knoxville Division
800 Market St., Suite 130
Knoxville, TN 37902

Re: *Pro Hac Vice Motion for Admission*

*Via Overnight Delivery*

To Whom It May Concern:

Enclosed you will find a copy of the *Motion for Admission Pro Hac Vice* that I am submitting on behalf of my client, Gilberto Lopez Bejar. In addition, I have enclosed a check for the $90.00 fee, as well as a certified letter of good standing from the Southern District of New York.

Should you need anything further from me, please do not hesitate to contact me at once.

Thanks in advance.

Respectfully,

GRECO ♦ NEYLAND, PC

Jeff Greco

Manhattan Office: 26 Broadway, 21st Floor, New York, NY 10004
White Plains Office: 203 E. Post Rd., White Plains, NY 10601
Tel: 212.810.1774    Fax: 914.358.9146