IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:14-CR-111 |
| ) | |
| GILBERTO LOPEZ-BEJAR, ) | (VARLAN / SHIRLEY) |
| ) | |
| Defendant. ) | |

**O R D E R**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the Motion to Relieve Counsel [Doc. 11], filed by Assistant Federal Defender Bobby E. Hutson, Jr. On September 17, 2014, the Court appointed [Doc. 4] Mr. Hutson to represent the Defendant. Mr. Hutson now asks the Court to relieve him and the Federal Defender Services of Eastern Tennessee of their representation of the Defendant because the Defendant has retained Attorney Jeffrey Louis Greco to represent him. On October 17, the Court granted [Doc. 10] Mr. Greco's request to appear pro hac vice in this case. The Court finds that Mr. Hutson has shown good cause for himself and the Federal Defenders office to be relieved as the Defendant's counsel of record in this case. The Motion to Relieve [**Doc. 11**] is **GRANTED**. Attorney Greco is **SUBSTITUTED** as the Defendant's counsel.

**IT IS SO ORDERED.**

ENTER:

　　　s/ C. Clifford Shirley, Jr.
United States Magistrate Judge